JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LF CENTENNIAL LIMITED, a British Virgin Islands company, WHALEN LLC, a California Limited Liability company, and WHALEN LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>v.<br><br>INOVEX FURNISHINGS CORPORATION d/b/a INNOVEX HOME PRODUCTS, a California corporation,<br><br>Defendant. | Civil Action No.<br>2:17-cv-05824 AB (MRWx)<br><br>**FINAL JUDGMENT** |

The Court **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendant Inovex Furnishings Corporation d/b/a Innovex Home Products ("Defendant").

2. Defendant has infringed, and is infringing, United States Patent Nos. 8,622,005 ("the '005 Patent"), 9,055,814 ("the '814 Patent"), 9,215,927 ("the '927 Patent"), 9,420,886 ("the '886 Patent"), and 9,518,695 ("the '695 Patent").

3. Defendant has infringed, and is infringing, the '005 Patent by making, using, selling, offering for sale, and/or importing into the United States each of its Stanford Glass Black TV Stand, Lazio, Oxnard, Phoenix, and Otis products.

4. Defendant has infringed, and is infringing, the '814 Patent by making, using, selling, offering for sale, and/or importing into the United States its Nexus product.

5. Defendant has infringed, and is infringing, the '927 Patent by making, using, selling, offering for sale, and/or importing into the United States each of its Lazio, Oxnard, Phoenix, and Otis products.

6. Defendant has infringed, and is infringing, the '886 Patent by making, using, selling, offering for sale, and/or importing into the United States each of its Lazio, Oxnard, Phoenix, and Otis products.

7. Defendant has infringed, and is infringing, the '695 Patent by making, using, selling, offering for sale, and/or importing into the United States each of its Stanford Glass Black TV Stand, Lazio, Oxnard, Phoenix, and Otis products.

//
//
//
//

8. ==The Court awards Plaintiffs lost profits damages of $880,000.==

9. This Court retains jurisdiction over this matter for the purpose of making any further orders necessary or proper for the construction of this Judgment, the enforcement thereof and the punishment of any violations thereof.

**IT IS SO ORDERED.**

Dated: October 23, 2019

_____
Hon. André Birotte Jr.
United States District Judge